IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TED LAWRENCE ROBERTSON, | § | |
| TDCJ #1175868, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-1028 |
| | § | |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice - | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**<u>ORDER</u>**

State inmate Ted Lawrence Robertson has filed a petition for a federal writ of habeas corpus under 28 U.S.C. § 2254. The Court entered an order directing the respondent to answer with an appropriate responsive pleading on or before June 30, 2005. Robertson has filed a motion to modify that order to reflect that his petition challenges the conviction lodged against him in cause number 940376. Robertson also requests other modifications to the Court's order for an answer. In addition, Robertson has filed a separate motion requesting additional law library time and correspondence materials. Each motion is addressed briefly below.

Robertson's motion to modify the Court's order to answer seeks primarily to clarify the cause number of the conviction that he is challenging in this case. It is **ORDERED** that Robertson's motion to modify (Docket Entry No. 6) is **GRANTED**, in part, with respect to his request to correct the cause number of the conviction challenged. The cause number of

the conviction challenged in this case is 940376. It is further **ORDERED** that all other requested modifications by Robertson are **DENIED**.

Robertson also requests a court order allowing him a minimum of six hours daily access to the law library from Tuesday through Friday of each week. He also asks the Court to award him sixty stamps each week. Robertson has already filed lengthy and detailed pleadings in this case. The respondent's answer is not yet due, meaning that there is nothing at present that requires research or a response. In addition, Robertson cites no authority in support of his request and he does not otherwise demonstrate that the amount of time and materials afforded to him already are inadequate to draft a reply.

It is **ORDERED** that Robertson's motion for additional law library time and correspondence materials (Docket Entry No. 7) is **DENIED**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, on **May 12, 2005**.

_____
Nancy F. Atlas
United States District Judge